Civil Action No.: 1:14-CV-01904-CCC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) PEERLESS CREDIT SERVICE
was received by me on (date) 10/1/14.

☐ I personally served the summons on the individual at (place)_____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☑ I served the summons on (name of individual) RENAE SITES, who is
designated by law to accept service of process on behalf of (name of organization) PEERLESS CREDIT SERVICES, INC
659 A SPRINGARDEN RD MIDDLETOWN PA on (date) 10/1/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ — for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

10/1/14
Date

_K B_____
Server's Signature

KENNETH BROWNING - LPI
Printed name and title

THE BROWNING GROUP LLC
P.O. BOX 6173
HARRISBURG, PA 17112
Server's Address

Additional information regarding attempted service, etc:

RENAE SITES W/F-45, 120 LBS, BRN HAIR 5'6" TALL

TIME OF SERVICE: 4:00 PM 10/1/14