# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET CRUZ RUIZ<br>    Plaintiff,<br><br>vs.<br><br>PEERLESS CREDIT SERVICES, INC.<br>    Defendant | CIVIL ACTION<br><br><br><br><br>NO. 14-cv-01904-CCC |

## **NOTICE OF DISMISSAL**

TO THE CLERK OF COURT:

 Kindly dismiss the above matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).


DATED: October 28, 2014     */s/ Andrew M. Milz*
                 ANDREW M. MILZ
                 Attorney for Plaintiff

                 **FLITTER LORENZ, P.C.**
                 450 N. Narberth Avenue, Suite 101
                 Narberth, PA 19072
                 (610) 668-0018